**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JAN DURBIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDPACE HOLDINGS INC., AUGUST JAMES TROENDLE, JESSE J. GEIGER, and KEVIN M. BRADY,<br><br>Defendants. | Case No. 1:26-cv-00346-MB<br><br>Judge Matthew R. Byrne<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jan Durbin hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

DATED: October 12, 2026

**STRAUSS TROY CO., LPA**

*/s/ Richard S. Wayne*
Richard S. Wayne, Bar No. 0022390
Robert S. Sparks, Bar No. 0073573
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
Tel.: (513) 621-2120
Fax:(513)629-9426
Email: rswaynef@strausstroy.com
Email: rrsparks@strausstroy.com

*Liaison Counsel for Jan Durbin and*
*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Jan Durbin*
*and Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys on record.

*/s/ Richard S. Wayne*
Richard S. Wayne